

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Lloyd Griffith Thomas and Bonnie Allen Thomas

No. 06-22-00048-CV

Appeal from the 18th District Court of Johnson County, Texas (Tr. Ct. No. DC-D202000937). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the portion of the trial court's order setting forth its property division and remand the matter to the trial court for further proceedings consistent with this opinion. We sever the portion of the trial court's decree granting the parties' divorce and affirm that portion of the trial court's judgment.

We further order that the appellee, Bonnie Allen Thomas, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 14, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk